SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAJINDER KAUR, <br><br> Plaintiff, <br><br> v. <br><br> DAVID N. STILL, District Director, San Francisco District Office, U.S. Citizenship and Immigration Services, and EMILIO GONZALEZ, Director, USCIS, <br><br> Defendants. | No. C 07-2312 JCS <br><br> **STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a 60-day extension of the case management conference in the above-entitled action, in light of the fact that the parties are currently exploring the possibility of administratively resolving this case, which involves the issue of whether the plaintiff's marriage in India was valid.

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 07-2312 JCS

| | | |
|---|---|---|
| 1 | Dated: July 27 , 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 5 | | Attorneys for Defendants |
| 6 | | |
| 7 | Dated:   July 27, 2007 | /s/<br>DAVID KAUFMAN<br>KAUFMAN AND KAUFMAN |
| 8 | | Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.that the initial case management conference, set for 8/3/7 at 1:30 PM has been continued to 9/28/7 at 1:30 PM. A joint case management conference statement shall be due by 9/21/7.

Date: July 30, 2007

JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 07-2312 JCS