1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12  TAJINDER KAUR,                          )
                                            )
13              Plaintiff,                  )  No. C 07-2312 JCS
                                            )
14       v.                                 )  **STIPULATION TO A SECOND**
                                            )  **EXTENSION OF THE DATE OF THE**
15  DAVID N. STILL, District Director, San  )  **CASE MANAGEMENT CONFERENCE;**
    Francisco District Office, U.S. Citizenship and )  **AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**
16  Immigration Services, and               )
    EMILIO GONZALEZ, Director, USCIS,       )  CMC: September 28, 2007
17                                          )  Time: 1:30 p.m.
                Defendants.                 )
18  ─────────────────────────────────

19       The plaintiff, by and through her attorney of record, and defendants, by and through their

20  attorneys of record, hereby stipulate, subject to approval of the Court, to a second extension of the

21  above-entitled action in light of the fact that the United States Citizenship and Immigration

22  Services (USCIS) has agreed to reconsider the denial of the I-730 petition that Tajinder Kaur filed

23  on behalf of her husband Kulwinder Singh, and intends to re-adjudicate the I-730 petition upon

24  completion of Kulwinder Singh's background check.

25       Accordingly, because there is a reasonable possibility that this case may soon be moot, the

26  parties ask this Court for a further 60-day extension of the case management conference, which is

27  currently scheduled for September 28, 2007.

28

STIPULATION TO DISMISS
C 07-2312 JCS

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | Dated: September 21, 2007 | Respectfully submitted, |
| 7 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 8 | | |
| 9 | | /s/<br>EDWARD A. OLSEN |
| 10 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 11 | | |
| 12 | Dated:   September 21, 2007 | /s/<br>DAVID KAUFMAN |
| 13 | | KAUFMAN AND KAUFMAN<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/25/07

_____
JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION TO DISMISS
C 07-2312 JCS