SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAJINDER KAUR, <br><br> Plaintiff, <br><br> v. <br><br> DAVID N. STILL, District Director, San Francisco District Office, U.S. Citizenship and Immigration Services, and EMILIO GONZALEZ, Director, USCIS, <br><br> Defendants. | No. C 07-2312 JCS <br><br> **STIPULATION TO A THIRD EXTENSION OF THE DATE OF THE CASE MANAGEMENT CONFERENCE; AND [PROPOSED]] ORDER** <br><br> CMC: November 30, 2007 <br> Time: 1:30 p.m. |

The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a third extension of the above-entitled action in light of the fact that the United States Citizenship and Immigration Services (USCIS) has agreed to reconsider the denial of the I-730 petition that Tajinder Kaur filed on behalf of her husband Kulwinder Singh, and intends to re-adjudicate the I-730 petition upon completion of Kulwinder Singh's background check.

The plaintiff has recently provided his fingerprints to USCIS and the FBI is conducting a name check.

Accordingly, because there is a reasonable possibility that this case may soon be moot, the parties ask this Court for another 60-day extension of the case management conference, which is

STIPULATION TO THIRD EXTENSION OF CMC
C 07-2312 JCS

1 | currently scheduled for November 30, 2007. The parties recognize that this is their third request
2 | for an extension of the case management conference, but believe that an administrative resolution
3 | of this matter would be in the best interests of the parties and this Court.

5 | Dated: November 16, 2007          Respectfully submitted,

6 |                                   SCOTT N. SCHOOLS
                                      United States Attorney

8 |                                   _____/s/_____
                                      EDWARD A. OLSEN
9 |                                   Assistant United States Attorney
                                      Attorneys for Defendants

11 | Dated: November 16, 2007         _____/s/_____
                                      DAVID KAUFMAN
12 |                                  KAUFMAN AND KAUFMAN
                                      Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The case management conference has been continued to February 1, 2008, at 1:30 PM.

Date: November 19, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION TO THIRD EXTENSION OF CMC
C 07-2312 JCS