JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAJINDER KAUR,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID N. STILL, District Director, San Francisco District Office, U.S. Citizenship and Immigration Services, and EMILIO GONZALEZ, Director, USCIS,<br><br>        Defendants. | No. C 07-2312 JCS<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of this action because the United States Citizenship and Immigration Services (USCIS) has reconsidered the denial of the I-730 petition that Tajinder Kaur filed on behalf of her husband Kulwinder Singh, and has granted the I-730 petition.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 07-2312 JCS

Dated: January 25, 2008                     Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                             /s/
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney
                                            Attorneys for Defendants


Dated: January 25, 2008                      /s/
                                            DAVID KAUFMAN
                                            KAUFMAN AND KAUFMAN
                                            Attorneys for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 28, 2008

JOSEPH
United

STIPULATION TO DISMISS
C 07-2312 JCS